NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BARON MONTERO JONES,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5025

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-215, Judge Susan G. Braden.

---

## ON MOTION

---

## ORDER

The United States moves for a 10-day extension of time, until May 30, 2011, to file its informal response brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 1 8 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Baron Montero Jones
Armando A. Rodriguez-Feo, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT**

MAY 1 8 2011

**JAN HORBALY
CLERK**